NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5017

FOUR RIVERS INVESTMENT, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Robert L. Goldstein, Law Offices of Robert L. Goldstein, of San Francisco, California, argued for plaintiff-appellant.

Teresa T. Milton, Trial Attorney, Appellate Section, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With her on the brief were John A. Dicicco, Acting Assistant Attorney General, and Andrea R. Tebbets, Attorney.

Appealed from:  United States Court of Federal Claims

Judge Lynn J. Bush

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5017

FOUR RIVERS INVESTMENT, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the      United States Court of Federal Claims

in CASE NO(S).      06-CV-598

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, LOURIE, and RADER, Circuit Judges).

AFFIRMED.  See Fed.Cir.R.36.

ENTERED BY ORDER OF THE COURT

DATED  August 4, 2009          /s/ Jan Horbaly
                                    Jan Horbaly, Clerk